**Order entered October 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00658-CV

### BRADLEY B. MILLER, Appellant

### V.

### DANIELLE DIAZ AND DALLAS COUNTY, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15614**

## ORDER

Before the Court is appellees' October 4, 2021 unopposed motion to extend time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 12, 2021**.

           /s/    CRAIG SMITH
                 JUSTICE